UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GORE RANGE CONSTRUCTION, INC. d/b/a GROVE BUILDERS, a Colorado Corporation,<br><br>PLAINTIFF,<br><br>vs.<br><br>THE EPISCOPAL DIOCESE OF OKLAHOMA, INC., an Oklahoma Corporation,,<br><br>DEFENDANT. | CASE NO. 10-CV-182-JHP-FHM |

## OPINION AND ORDER

Plaintiff's Motion to Compel Pursuant to F.R.C.P. Rule 37(3)(B)(III) & (IV) [Dkt. 30] is before the Court for decision. Defendant has filed a response [Dkt. 31]. No reply has been filed.

Plaintiff's motion seeks an order compelling Defendant to respond to Plaintiff's discovery requests. Defendant's response states that apparently due to a clerical error in Defendant's attorney's office, Defendant's attorney was not aware that the discovery requests had been served but that responses have now been provided to Plaintiff.

The Court finds that Plaintiff's Motion to Compel [Dkt. 30] is moot.

SO ORDERED this 8th day of March, 2011.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE